RECEIVED
MAY - 4 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

BUTLER BROWDER,    *
                   *
      Plaintiff,   *
                   *
v.                 *   CIVIL ACTION NO. 2:07-CV-391-ID
                   *
UNITED STATES POSTAL SERVICE,   *   *JURY TRIAL DEMANDED*
                   *
      Defendant.   *

## COMPLAINT

**COMES NOW** the Plaintiff, Butler Browder, by and through counsel, and hereby complains against the defendant as follows:

### INTRODUCTION

1. This is an action brought pursuant to the Family and Medical Leave Act of 1993 (FMLA); 29 U.S.C. §2601 *et seq.*

### JURISDICTION

2. Jurisdiction in this Court is proper pursuant to federal question jurisdiction over claims brought under 28 U.S.C. §1331 and 29 U.S.C. §2617(a)(2) *et seq.*

### VENUE

3. The unlawful employment practices alleged herein were committed in Montgomery County, Alabama, part of the Northern District of Alabama.

### PARTIES

4. The Plaintiff, Butler Browder, is a citizen of the United States and a resident of the state of Alabama. The Plaintiff has worked with the United States Postal Service for 36 years and has numerous commendations.

5. The Defendant, United States Postal Service, is a the federal postal agency that is licensed and authorized to do business in the state of Alabama. At all times relevant, the Defendant employed the Plaintiff for 36 years of service.

## NATURE OF THIS ACTION

6. This is a proceeding for a declaratory judgment as to Plaintiff's rights and for a permanent injunction, restraining the defendant from maintaining a policy, practice, custom or usage of violating FMLA 29 U.S.C. §2601, *et seq.*, against Plaintiff respecting his benefits and other privileges of employment. Further, to enjoin the defendant from retaliating against Plaintiff for his exercise of his rights under FMLA. The Complaint also seeks restitution to Plaintiff of all rights, privileges, benefits and income that would have been received by Plaintiff but for the defendant's unlawful practices. Further, Plaintiff seeks compensatory and punitive damages for Plaintiff suffering as a consequence of the wrongs alleged herein.

7. As a proximate result of the illegal actions alleged above, Plaintiff has been damaged in that he has suffered great humiliation and mental anguish from then until now.

8. Plaintiff avers that the defendant's unlawful actions were intentionally and knowingly undertaken with the intent to deny employment benefits.

9. This action is brought to claim equitable relief and compensatory damages of the defendant for violations of the FMLA.

## FACTUAL ALLEGATIONS

10. Plaintiff expressly adopts as if fully set forth herein the allegations of each of the foregoing paragraphs.

11. Plaintiff was at all times material hereto employed by the employer as a postal employee.

12. Plaintiff requested leave pursuant to FMLA. Plaintiff's FMLA leave request was approved

by Personnel.

13. Before his FMLA leave was complete, Plaintiff was called in by his supervisors (Charlie Harris and Joey Sherman) at home for a meeting that was held on January 10 and 17th of 2006. A meeting that was scheduled during his FMLA leave. Pursuant to that order, Plaintiff was reprimanded and then terminated.

14. As a direct and proximate consequence of the conduct of the employer, Plaintiff has been caused to suffer financial loss from being terminated for his conduct as well as great embarrassment, humiliation, mental anguish and emotional distress from then until now.

## COUNT I – FAMILY MEDICAL LEAVE ACT

15. Plaintiff expressly adopts as if fully set forth herein the allegations of each of the foregoing paragraphs.

16. By reprimanding the Plaintiff while he was on FMLA leave for a serious health condition, Defendant interfered with Plaintiff's rights under 29 U.S.C. §2601, *et seq*.

WHEREFORE, Plaintiff prays for the following relief:

A. Plaintiff prays that the Court will enter a declaratory judgment that the discriminatory practices complained of herein are unlawful and violative of FMLA;

B. Plaintiff prays that the Court will permanently enjoin the defendant, its agents, successors, officers, employees, attorneys and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing any and all other practices shown to be in violation of applicable law;

C. Liquidated Damages and all back wages;

D. Plaintiff prays that the Court will grant such other, further and different relief as to which

she may be entitled, including such legal and equitable relief as to which he may be entitled;

E. Plaintiff prays that the Court will grant him the cost of this action including reasonable attorney's fees;

## COUNT II - RETALIATION

17. Plaintiff expressly adopts as if fully set forth herein the allegations of each of the foregoing paragraphs.

18. The FMLA provides that "it shall be unlawful for any employer to discharge...any individual for opposing any practice made unlawful by" the FMLA.

19. Plaintiff clearly engaged in an act protected by the FMLA. His exercise of his rights under the FMLA was clearly known by the Defendant. Defendant thereafter took an adverse employment action against Plaintiff by terminating him.

20. The Defendant's action was intentional.

WHEREFORE, Plaintiff prays for the following relief:

A. Plaintiff prays that the Court will enter a declaratory judgment that the discriminatory practices complained of herein are unlawful and violative of FMLA;

B. Plaintiff prays that the Court will permanently enjoin the defendant, its agents, successors, officers, employees, attorneys and those acting in concert with it or them from engaging in each of the unlawful practices, policies, customs, and usages set forth herein, and from continuing any and all other practices shown to be in violation of applicable law;

C. Plaintiff demands liquidated damages of the defendant;

D. Plaintiff prays that the Court will grant such other, further and different relief as to which

she may be entitled, including such legal and equitable relief as to which he may be entitled;

E.  Plaintiff prays that the Court will grant him the cost of this action including reasonable attorney's fees;

RESPECTFULLY SUBMITTED on this the ___1st___ day of May, 2007.

_____
ANDY NELMS (NEL022)
JAY LEWIS (LEW031)
Attorneys for Plaintiff.

LAW OFFICES OF JAY LEWIS
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
j-lewis@jaylewislaw.com

### PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY

Defendant may be served at the following address:

Kathy L. Janowicz
Agency Represensative
Attorney - Law Department
United States Postal Service
225 N. Humphreys Blvs.
Memphis, TN 38166-0170