AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama Northern District

BUTLER BROWDER

V.

UNITED STATES POSTAL SERVICE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-391-ID

TO: (Name and address of Defendant)

UNITED STATES POSTAL SERVICE
Kathy Janowicz - Attorney
Law Department
225 N. Humphreys Blvd.
Memphis, TN 38166-0170

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O Box 5059
Montgomery, AL 36103-5059

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                         May 11, 2007
_____                                     _____
CLERK                                                                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                            Signature of Server

                              _____
                              Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | .39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | 3.50 |
| Total Postage & Fees | $ | 8.62 |

2:07cv391-ID
5-11-07
Postmark Here

7006 0100 0003 2054 6075

U.S Attorney General
Department of Justice
RM 511
Washington D.C 20530

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama Northern District__

BUTLER BROWDER

V.

UNITED STATES POSTAL SERVICE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-cv-391-JD

TO: (Name and address of Defendant)

UNITED STATES POSTAL SERVICE
Kathy Janowicz - Attorney
Law Department
225 N. Humphreys Blvd.
Memphis, TN 38166-0170

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O Box 5059
Montgomery, AL 36103-5059

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE May 11, 2007

≜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                      Date                                  *Signature of Server*

                                                                    *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

7006 0100 0003 2054 6815

| Postage | $ .39 | 2:07cv391-ID |
| Certified Fee | 2.40 | 5-4-07 |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 3.50 | |
| Total Postage & Fees | $ 8.62 | |

US Attorney
P.O Box 197
Montgomery, AL 36101

PS Form 3800, June 2002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama Northern District_____

BUTLER BROWDER

V.

UNITED STATES POSTAL SERVICE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-391-ID

TO: (Name and address of Defendant)

UNITED STATES POSTAL SERVICE
Kathy Janowicz - Attorney
Law Department
225 N. Humphreys Blvd.
Memphis, TN 38166-0170

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O Box 5059
Montgomery, AL 36103-5059

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                           May 11, 2007
_____          _____
CLERK                                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                Signature of Server

                                        _____
                                                Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .39 | 2:07cv39I-ID |
| Certified Fee | 2.40 | 5-11-07 |
| Return Receipt Fee (Endorsement Required) | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| | 3.50 | |

7004 0100 0003 2054 6839

United States Postal Service
Kathy Janowicz- Attorney
Law Department
225 N. Humphreys Blvd.
Memphis, TN- 38166-0170

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.