Browder

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* B. Date of Delivery<br>N. Yarn 5/14/07<br>C. Signature<br>X N. Yarn ☐ Agent ☐ Addressee |
| 1. Article Addressed to: 2:07cv391-ID | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

orney
)x 197
)mery, AL 36101

Chiplons 60 dys

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from servi*   7006 0100 0003 2054 6815

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952