Browder

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Postal Service
Kathy Janowicz- Attorney
Law Department
225 N. Humphreys Blvd.
Memphis, TN- 38166-0170

2:07cv391-ID (Cmpl&sm)   60 oup

2. Article Number (Copy from )

7006 0100 0003 2054 6839

### COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   Date of Delivery
X _Ale Mail_    MAY 15 2007

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 1999         Domestic Return Receipt         102595-00-M-0952