Brmuder

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) *Daniel Turkin*  B. Date of Delivery<br>C. Signature   MAY 1 8 2007<br>X                              ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>US Attorney General<br>Washington, DC 20530<br><br>(2:07CV391 Cmplsm & Ord) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label)<br>7006 0100 0003 2054 6075 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952 | |