AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

BUTLER BROWDER

V.

UNITED STATES POSTAL SERVICE

*ALIAS*
SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:07-cv-00391-ID

TO: (Name and address of Defendant)

UNITED STATES ATTORNEY
Attn: Civil Process Clerk
One Court Square
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
Law Offices of Jay Lewis, LLC
P. O. Box 5059
Montgomery, AL 36103-5059

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_(signature)_
(BY) DEPUTY CLERK

DATE: June 4, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                         *Signature of Server*

                              _____
                                       *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | Postage | $ | |
|---|---|---|---|
| | Certified Fee | | 2:07cv391-ID |
| | Return Receipt Fee (Endorsement Required) | | 6-4-07 |
| | Restricted Delivery Fee (Endorsement Required) | | Postmark Here |
| | | | alias summ |

7005 1160 0001 2556 6599

United States Attorney
Attn: Civil Process Clerk
One Court Square
Montgomery, AL 36104

PS Form 3800, June 2002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.