Browder

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

United States Attorney
Attn: Civil Process Clerk
One Court Square
Montgomery, AL 36104

2:07cv391 (Cmp/alias sum 60 days)

2. Article Number
(Transfer from service label)    7005 1160 0001 2556 6599

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _N. Yarn_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  N. Yarn
C. Date of Delivery  6/5/07

dress different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes