IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER BROWDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **2:07-cv-391-ID** |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| JOHN E. POTTER, Postmaster General, ) | |
| of the United States, et al. ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME**

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests an extension of time to and including August 28, 2007, in which to answer or otherwise respond and as grounds states as follows:

1. Contemporaneous with this filing the undersigned has filed a Motion to Consolidate the instant action with USDC MD/AL Civil Action No. 2:07-cv-546-MEF. In essence, the undersigned has sought consolidation of the two actions because they involve the same nucleus of operative facts but seek recovery under two different federal statutes.

2. In an effort to promote judicial economy and promote the wise and efficient use of executive resources, it is respectfully requested that the defendant's time to answer the instant cause be extended to the time set for him to answer or otherwise respond to the

the other lawsuit filed by the plaintiff, *pro se*.

    3.    Counsel for the plaintiff has been contacted and he has no objections to this request.

Respectfully submitted this 4th day of August, 2007.

        LEURA G. CANARY
        United States Attorney


    By: /s/R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to plaintiff's attorney, K. Anderson Nelms. I also certify that I have served a copy of the foregoing upon the plaintiff by placing same in the United States Mail, properly addressed to 4504 Sunnybrook Drive, Montgomery, AL 36108.

    s/R. Randolph Neeley
    Assistant United States Attorney