IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER B. BROWDER, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: **2:07-cv-391-ID** |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| JOHN E. POTTER, Postmaster General | ) |
| of the United States, et al., | ) |
| | ) |
|     Defendant. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Defendant, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☒     This party is a governmental entity, or

☐     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported: None.

Dated this the 8th day of August, 2007.

        LEURA G. CANARY
        United States Attorney

        By: s/R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's attorney, K. Anderson Nelms, Esquire.

        /s/R. Randolph Neeley
        Assistant United States Attorney