IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER BROWDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:07cv391-ID |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Defendant's motion for extension of time (Doc. No. 8), it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Defendant to answer or otherwise respond to the complaint is hereby EXTENDED to and including August 28, 2007.

DONE this 13th day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE