IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BUTLER BROWDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CASE NO.: 2:07-CV-00391-ID |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
|     Defendant. | ) |

CONFLICT DISCLOSURE STATEMENT

COMES NOW, the Plaintiff in the above-styled matter and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3027:

All Plaintiffs are individuals.

Respectfully submitted this the 27th day of August, 2007.

    s/ANDY NELMS
    K. ANDERSON NELMS (NEL022)
    P.O. Box 5059
    Montgomery, AL 36103
    Phone: (334) 263-7733
    Fax: (334) 832-4390
    andynelms@jaylewislaw.com
    ASB-6972-E63K

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this 27th day of August, 2007.

United States Postal Service
ATTN: Kathy Janowicz
Law Department
225 N.Humphreys Blvd.
Memphis, TN 38166-0170

                s/ANDY NELMS
                K. ANDERSON NELMS (NEL022)
                P.O. Box 5059
                Montgomery, AL 36103
                Phone: (334) 263-7733
                Fax: (334) 832-4390
                andynelms@jaylewislaw.com
                ASB-6972-E63K