IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BUTLER B. BROWDER,                  )
                                    )
          Plaintiff,                )
                                    )
v.                                  )      CIVIL ACTION NO. 2:07cv391-ID
                                    )
UNITED STATES POSTAL SERVICE,       )
                                    )
          Defendant.                )

## ORDER

Before the court is Defendant United States Postal Service's motion to dismiss or, in the alternative, motion for summary judgment, filed August 28, 2007.  (Doc. No. 15.)  Because Defendant has presented matters outside the pleading, the court shall treat the motion as one for summary judgment, insofar as the motion pertains to the claim(s) presented in Plaintiff's complaint filed in the above-styled case, and shall dispose of the motion as provided in Rule 56 of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 12(b)(6), 56.

Accordingly, it is CONSIDERED and ORDERED that, on or before **September 12, 2007**, Plaintiff is DIRECTED to file a response to Defendant's motion for summary judgment which pertains to the claim(s) alleged in Plaintiff's complaint filed in this case.  Defendant may file a reply, if desired, on or before **September 24, 2007**.

Thereafter, Defendant's motion for summary judgment, and all pleadings and evidence filed in support of or in opposition to said motion, shall be DEEMED submitted to the court.[1]

Pleadings submitted beyond the submission date will not be considered by the court absent compelling exigent circumstances.

Done this 29th day of August, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This submission is **without oral argument**.  Should the court determine that oral argument is necessary, a hearing will be scheduled.  If the nonmoving party fails to respond, a final judgment may be entered without further notice or trial.  See Fed. R. Civ. P. 56(e).  **The moving party's evidence may be accepted as true if it is not contradicted by the opposing party**.  Id.  The contradiction must be supported by evidence which may include, but is not limited to, affidavits and depositions.  Any evidence, and in particular deposition testimony, must be cited to **with specificity and particularity**.  Id.  If deposition testimony is submitted and relied upon, the parties shall direct the court to **specific testimony** which either does or does not "set forth specific facts showing that there is a genuine issue for trial."  Id.  Summary judgment may be granted for either party if the evidence filed with the court shows that there is no material question of fact and that a party is entitled to judgment as a matter of law.  See Fed. R. Civ. P. 56.