IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER BROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:07cv391-ID |
| v. | ) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant's motion to consolidate (Doc. No. 9), it is ORDERED that said motion be and the same is hereby DENIED.

DONE this 5th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE