UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER BROWDER, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO.2:07-CV-391-ID |
| UNITED STATES POSTAL SERVICE, | * |
| Defendant. | * |

**MOTION FOR EXTENSION OF TIME**

**COMES NOW** the Plaintiff, Butler Browder, by and through counsel, and respectfully requests an extension of time to and including September 28, 2007, in which to respond to Defendant's Motion to Dismiss and as grounds therefore states as follows:

1. Plaintiff's counsel, Keith Anderson Nelms, is in New York deposing parties to facilitate the preparation of dispositive motions which are due on or before September 21, 2007, in litigation pending before the Honorable Ira De Ment. Mr. Nelms will be out of his office until the week of September 17, 2007.

2. Based on the foregoing, it is respectfully requested that Plaintiff's time to respond to Defendant's Motion to Dismiss in the instant cause be extended until September 28, 2007, with a corresponding extension for Defendant's response thereto until October 10, 2007.

3. Counsel for the Defendant has been contacted and he has no objections to this request.

RESPECTFULLY SUBMITTED on this the ___11th___ day of September, 2007.

/s/ Andy Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
847 So. McDonough Street, Ste 100

Montgomery, Alabama, 36104<br>
334-263-7733 (voice)<br>
334-263-7733 (fax)<br>
andynelms@JayLewisLaw.com<br>
ASB-E63K-6972

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF system which will send notification of such filing to Defendant's attorneys, R. Randolph Neeley and Kathy L. Janowicz. I also certify that I have served a copy of the foregoing upon the Defendant by placing same in the United States Mail, properly addressed to P.O. Box 197, Montgomery, Alabama 36101-0197.

/s/ Andy Nelms
Attorney for Plaintiff