IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER B. BROWDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv391-ID |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff Butler B. Browder's motion for extension of time, filed September 11, 2007 (Doc. No. 19), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Plaintiff to respond to the pending motion for summary judgment be and the same is hereby EXTENDED to and including September 28, 2007. Defendant may file a reply, if desired, on or before October 10, 2007.

Done this 12th day of September, 2007.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE