IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUTLER BROWDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:07cv391-ID |
| v. ) | |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon CONSIDERATION of Plaintiff's motion for leave to file response to Defendant's motion for summary judgment (Doc. No. 21), it is ORDERED that said motion be and the same is hereby GRANTED.[1]

Done this 10th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In an order entered on August 29, 2007, the court notified the parties that it would treat Defendant's motion to dismiss or, in the alternative, for summary judgment, as a motion for summary judgment. (Doc. No. 17.)